PFE/LCP/MAR
(by information)

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO. _____** |
| | ) | |
| **TYRONE MALLORY** | ) | **18 U.S.C. § 1001** |

## INFORMATION

The United States Attorney charges that:

On or about October 1, 2020, in Jefferson County, within the Northern District of Alabama, the defendant

**TYRONE MALLORY**,

did willfully and knowingly make and cause to be made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of a department or agency of the United States, that is, the defendant stated under oath during in a hearing on October 1, 2020 that at the time of a search of his bedroom on or about January 8, 2016 that the defendant was unaware of a firearm in his closet. This statement and representation was false because, at the time of the search, the defendant was in fact aware that the gun was in his closet and knew this fact to be

true despite stating otherwise.

All in violation of Title 18, United States Code, Section 1001.

        PRIM F. ESCALONA
        United States Attorney

        */s/ Electronic Signature*
        LLOYD C. PEEPLES, III
        Assistant United States Attorney

        */s/ Electronic Signature*
        MICHAEL A. ROYSTER
        Assistant United States Attorney